IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ALEXY ROSA | § | |
| v. | § | CIVIL ACTION NO. 9:06cv252 |
| LLOYD MORVANT, ET AL. | § | |

<u>MEMORANDUM ADOPTING REPORT AND RECOMMENDATION</u>
<u>OF THE UNITED STATES MAGISTRATE JUDGE</u>
<u>ON MOTION FOR INJUNCTIVE RELIEF</u>

The Plaintiff Alexy Rosa, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

On November 3, 2006, together with his complaint, Rosa filed a motion for injunctive relief, asking that TDCJ-CID officials be prohibited from destroying documents pertaining to him after his upcoming release from incarceration. On November 29, 2006, the Magistrate Judge issued a Report recommending that the motion for injunctive relief be denied. Rosa filed objections to the Magistrate Judge's Report on December 11, 2006.

The Court has conducted a careful *de novo* review of the pleadings and documents in this case, including the Plaintiff's motion for injunctive relief, the Report of the Magistrate Judge, the Plaintiff's objections thereto, and all other pleadings, documents, and records in the case. Upon such *de novo* review, the Court has concluded that the Report of the Magistrate Judge is correct and that the Plaintiff's objections are without merit. It is accordingly

ORDERED that the Plaintiff's objections are overruled and the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court. It is further

ORDERED that the Plaintiff's motion for injunctive relief, filed November 3, 2006 (docket no. 3) is DENIED.

So **ORDERED** and **SIGNED** this **10** day of **January, 2007.**

_____
Ron Clark, United States District Judge