IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ALEXY A ROSA | § | |
| V. | § | CIVIL ACTION NO. 9:06CV252 |
| LLOYD MORVANT, ET AL. | § | |

ORDER

Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore,

**ORDERED** that Defendant Matthew Phillips' motion for judgment on the pleadings (docket #65) is hereby **DENIED** and Plaintiff Alexy Rosa's motion for extension of time in which to respond to the motion for judgment on the pleadings (docket #67) is hereby **DENIED** as moot.

So **ORDERED** and **SIGNED** this **23** day of **October, 2007.**

_____
Ron Clark, United States District Judge